_____

No. 95-1877WM
_____

Betti Sutton,                          *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
     v.                                *   District Court for the Western
                                       *   District of Missouri.
Minnesota Mining and                   *
Manufacturing Company, also            *   [UNPUBLISHED]
known as 3M,                           *
                                       *
            Appellee.                  *
_____

                 Submitted:  November 16, 1995

                  Filed:  December 28, 1995
_____

Before RICHARD S. ARNOLD, Chief Judge, HENLEY, Senior Circuit
     Judge, and FAGG, Circuit Judge.
_____

PER CURIAM.


     Betti Sutton appeals the district court's grant of summary judgment
to Minnesota Mining and Manufacturing Company (3M) on Sutton's sex
discrimination claim.  Having satisfied ourselves that Sutton established
the elements of a prima facie case, we agree with the district court that
Sutton failed to present any evidence tending to show that 3M's articulated
reason for Sutton's termination--falsification of time records--was a
pretext for sex discrimination.  We also reject Sutton's argument that the
district court abused its discretion when it denied her motion to vacate
summary judgment, and we grant 3M's motion to strike deposition testimony
that was not presented to the district court.  We affirm without further
discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.